1 | Kathryn Canale, Esq., State Bar No. 195907
   | kcanale@bgwlawyers.com
2 | Barry A. Bradley, Esq., State Bar No. 125353
   | bbradley@bgwlawyers.com
3 | Mellania E. Safarian, Esq., State Bar No. 313100
   | msafarian@bgwlawyers.com
4 | BRADLEY, GMELICH & WELLERSTEIN LLP
   | 700 North Brand Boulevard, 10th Floor
5 | Glendale, California 91203-1202
   | Telephone:  (818) 243-5200
6 | Facsimile:   (818) 243-5266

7 | Attorneys for Defendants, SECURITAS SECURITY SERVICES USA, INC., SIX CONTINENTS HOTELS, INC., and IHG MANAGEMENT (MARYLAND) LLC (erroneously sued and served as HOTEL INDIGO LOS ANGELES DOWNTOWN)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JANE DOE, an individual, | **Case No.** |
| Plaintiff, | Los Angeles Superior Court Case No.: 21STCV33040 |
| vs. | |
| HOTEL INDIGO LOS ANGELES DOWNTOWN, unknown entity; SIX CONTINENTS HOTEL, INC., a Delaware corporation: SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation; GREENLAND INTERNATIONAL LA, INC., a California corporation; JOHN DOE, an individual; and DOES 1-50, inclusive, | **DEFENDANTS, SECURITAS SECURITY SERVICES USA, INC.; SIX CONTINENTS HOTELS, INC.; AND IHG MANAGEMENT (MARYLAND) LLC'S NOTICE OF REMOVAL** |
| Defendant. | Complaint Filed:  September 7, 2021 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT Defendants, SECURITAS SECURITY SERVICES USA, INC., SIX CONTINENTS HOTELS, INC., and IHG MANAGEMENT (MARYLAND) LLC (erroneously sued and served as HOTEL

INDIGO LOS ANGELES DOWNTOWN) (collectively "Defendants") hereby remove to this Court the state court action described below. Removal of this action is proper for the following reasons:

## I.   TIMELINESS

1.   Plaintiff, JANE DOE ("Plaintiff") commenced her action on or about September 7, 2021, by filing a Complaint for damages alleging five causes of action for Assault, Battery, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, and Negligence. A true and correct copy of the Complaint is attached as **Exhibit "A."**

2.   Defendants, SECURITAS SECURITY SERVICES USA, INC., SIX CONTINENTS HOTELS, INC., and IHG MANAGEMENT (MARYLAND) LLC (erroneously sued and served as HOTEL INDIGO LOS ANGELES DOWNTOWN) were named as defendants.

3.   Plaintiff failed to serve any of the Defendants.

4.   On March 7, 2023, the matter was called for a Non-Jury Trial. After no appearances or contact by either party, the Court dismissed Plaintiff's Complaint without prejudice. A true and correct copy of Court's Minute Order is attached as **Exhibit "B."**

5.   Plaintiff subsequently filed a Motion to Set Aside/Vacate the Dismissal which was granted on January 8, 2024. A true and correct copy of Plaintiff's Motion is attached as **Exhibit "C."** A true and correct copy of the Court's Order is attached as **Exhibit "D."**

6.   Defendants were served with the Summons and Complaint on January 9, 2024 and January 10, 2024. A true and correct copy of the Proofs of Service are attached collectively as **Exhibit "E."**

7.   This notice of removal is timely in that it is filed on or before thirty (30) days after service of the Complaint, and the Complaint contains notice that the case is removable within the meaning of 28 USC §§ 1441(b) and 1446.

## II. BASIS FOR REMOVAL

8. This is a civil action over which this Court has original jurisdiction under Title 28 U.S.C. § 1332(a)(1) and is one which may be removed to this Court by Defendants, SECURITAS SECURITY SERVICES USA, INC., SIX CONTINENTS HOTELS, INC., and IHG MANAGEMENT (MARYLAND) LLC (erroneously sued and served as HOTEL INDIGO LOS ANGELES DOWNTOWN) pursuant to the provisions of Title 28 U.S.C. § 1441(b) in that the action is between citizens of different States.

9. Plaintiff's Complaint alleges that the subject assault and battery incident occurred in the State of California. Plaintiff resides in and is a citizen of the State of New York.

10. Defendant, SECURITAS SECURITY SERVICES USA, INC. is a corporation registered in Delaware, with its principal place of business in New Jersey, where its high-level officers direct, control, and coordinate the company's activities.

11. Defendant, SIX CONTINENTS HOTELS, INC. is a corporation registered in Delaware, with its principal place of business in Georgia, where its high-level officers direct, control, and coordinate the company's activities.

12. Defendant, IHG MANAGEMENT (MARYLAND) LLC (erroneously sued and served as HOTEL INDIGO LOS ANGELES DOWNTOWN) is a limited liability company registered in Maryland, with a principal place of business in Georgia, where its high-level officers direct, control, and coordinate the company's activities.

13. Defendant, GREENLAND INTERNATIONAL LA, INC. is a corporation registered in California, with its principal place of business in California, where its high-level officers direct, control, and coordinate the company's activities. A true and correct copy of the Proof of Service for this Defendant is attached as **Exhibit "F."**

3
DEFENDANTS, SECURITAS SECURITY SERVICES USA, INC.; SIX CONTINENTS HOTELS, INC.; AND IHG MANAGEMENT (MARYLAND) LLC'S NOTICE OF REMOVAL

14. Plaintiff has alleged damages, including general damages, special damages, punitive and/or exemplary damages, and costs. The Complaint was filed as an unlimited civil action in the Los Angeles County Superior Court. Plaintiff is demanding and contends that the amount in controversy exceeds $75,000. As such, the value of the case exceeds the jurisdictional minimum of $75,000. A true and correct copy of Plaintiff's Statement of Damages is attached as **Exhibit "G."**

### III. VENUE

15. The Los Angeles County Superior Court is located within the jurisdiction of the United State District Court, Western District of California. *See* Title 28 U.S.C. § 84(c)(2). This venue is proper, pursuant to Title 28 U.S.C. § 1391. This Notice of Removal is therefore properly filed in this Court, pursuant to Title 28 U.S.C. § 1441.

### IV. PLEADINGS AND PROCESS

16. Other than **Exhibits "A-G,"** there are no other pleadings on file in the State Court action. This Notice of Removal is being filed without prejudice to Defendants' objections and defenses.

17. Counsel for Defendants certifies that they will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Los Angeles, as required by Title 28 U.S.C. §1446, and give notice of same to Plaintiff.

WHEREFORE, Defendants, SECURITY SERVICES USA, INC., SIX CONTINENTS HOTELS, INC., IHG MANAGEMENT (MARYLAND) LLC (erroneously sued and served as HOTEL INDIGO LOS ANGELES DOWNTOWN) hereby remove the action now pending against them in the Superior Court of the State of California for the County of Los Angeles, to this Honorable Court, and request that this Court retain jurisdiction for all further proceedings.

| | |
|---|---|
| Dated:  February 9, 2024 | BRADLEY, GMELICH & WELLERSTEIN LLP |
| | |
| | By:     /s/ MELLANIA E. SAFARIAN |
| |        Kathryn Canale |
| |        Barry A. Bradley |
| |        Mellania E. Safarian |
| | Attorneys for Defendants, SECURITAS SECURITY SERVICES USA, INC., SIX CONTINENTS HOTELS, INC., and IHG MANAGEMENT (MARYLAND) LLC (erroneously sued and served as HOTEL INDIGO LOS ANGELES DOWNTOWN) |

5

DEFENDANTS, SECURITAS SECURITY SERVICES USA, INC.; SIX CONTINENTS HOTELS, INC.; AND IHG MANAGEMENT (MARYLAND) LLC'S NOTICE OF REMOVAL

# PROOF OF SERVICE

**Jane Doe, an Individual vs, Hotel Indigo Los Angeles Downtown, et al.**
**Case No. 21STCV33040**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, CA 91203-1202.

On February 9, 2024, I served true copies of the following document(s) described as **DEFENDANTS, SECURITAS SECURITY SERVICES USA, INC.; SIX CONTINENTS HOTELS, INC.; AND IHG MANAGEMENT (MARYLAND) LLC'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

Daniel Azizi, Esq.
Downtown L.A. Law Group
901 South Broadway
Los Angeles, CA 90015
Telephone: 213-389-3765
E-Mail: daniel@downtownlalaw.com
*Attorneys for Plaintiff, Ashley Johnson*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address bmartinez@bgwlawyers.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 9, 2024, at Glendale, California.

                                                   /s/ Betty Martinez Cruz
                                                   Betty Martinez Cruz