JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>    Plaintiff,<br><br>    v.<br><br>HOTEL INDIGO LOS ANGELES DOWNTOWN, et al.,<br>    Defendants. | 2:24-cv-1144-DSF-MARx<br><br>Order Remanding Case |

On February 28, 2024, the Court advised that it would remand this case on March 5, 2024 absent an objection from Plaintiff. Having received no objection, and pursuant to its prior order, the case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Date: March 7, 2024

                                           Dale S. Fischer<br>
                                           United States District Judge