

**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 7, 2024

Los Angeles County Superior Court – Spring Street Courthouse
312 North Spring Street
Los Angeles, CA 90012

Re:  Case Number:      2:24−cv−01144−DSF−MAR
     Previously Superior Court Case No.      21STCV33040
     Case Name:      Jane Doe v. IHG Management Maryland LLC et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on      3/7/2024     , the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ Jenny Lam
     Deputy Clerk
     (Jenny_Lam@cacd.uscourts.gov)

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____
Deputy Clerk

_____
Date

G−17 (01/23)   LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT